**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAYLA DIONNE LEWIS, *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, *et al.*, <br><br> *Defendants*. | Civil Action No. 15-352 (RBW) |

**DEFENDANT'S MOTION FOR ENLARGEMENT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant the United States Attorney's Office for the District of Columbia ("USAO-DC"), by and through the undersigned counsel, respectfully moves the Court for a two-month extension of time, until July 17, 2018, to respond to Plaintiffs' Third Amended Complaint. This is Defendants' first request to extend its deadline to respond to Plaintiffs' Complaint. The Parties have conferred pursuant to Local Rule 7(m) and Plaintiffs' counsel and co-Defendant's counsel, the Office of the Attorney General for the District of Columbia, have stated that their clients do not oppose the relief requested in this Motion.

There is good cause to grant the requested extension. Defendant USAO-DC's current deadline to respond to Plaintiff's Third Amended Complaint is May 18, 2018. According to the Complaint, Plaintiffs seek to hold the District of Columbia liable for alleged violations of their and other class members' Fourth and Fifth Amendment rights. *See* Third Amended Complaint,

Docket No. 56, at 21-28. Having recently been assigned to the above-captioned matter, the undersigned requires additional time to review the pleadings and orders filed in the over three years of litigation in this case before the federal Defendant can determine how to respond to Plaintiffs' Third Amended Complaint. That work has begun, but will not be completed by May 18, 2018.

For the foregoing reasons, the federal Defendant respectfully requests that the deadline to respond to Plaintiffs' Complaint be extended to July 17, 2018.

May 14, 2018                                Respectfully submitted,

                                            JESSIE K. LIU
                                            D.C. Bar No. 472845
                                            United States Attorney

                                            DANIEL F. VAN HORN
                                            D.C. Bar No. 924092
                                            Chief, Civil Division

                    By:     /s/ Denise M. Clark
                                            DENISE M. CLARK
                                            D.C. Bar No. 479149
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            Tel: (202) 252-6605
                                            E-mail: Denise.Clark@usdoj.gov