## TABLE OF AUTHORITIES

Page(s)

**Cases**

*Am. Nat. Ins. Co. v. F.D.I.C.*,
  642 F.3d 1137 (D.C. Cir. 2011) ............................................................................................... 6

*Ashcroft v. Iqbal*,
  556 U.S. 662 (2009) ................................................................................................................. 6

*Barr v. Clinton*,
  370 F.3d 1196 (D.C. Cir. 2004) ............................................................................................... 7

*Bell Atlantic Corp. v. Twombly*,
  550 U.S. 544 (2007) ................................................................................................................. 6

*Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*,
  403 U.S. 388 (1971) ............................................................................................................ 2, 9

*Cannon v. United States*,
  645 F.2d 1128 (D.C.Cir. 1981) ......................................................................................... 10-11

*Ctr. for Biological Diversity v. Jackson*,
  815 F.Supp.2d 85 (D.D.C. 2011) ............................................................................................. 6

*Jones v. Delaney,*
  610 F.Supp.2d 46 (D.D.C. 2009) ............................................................................................. 8

*FDIC v. Meyer,*
  510 U.S. 471 (1994) ............................................................................................................ 7, 9

*Gerstein v. Pugh*,
  420 U.S. 103 (1975) ................................................................................................................. 2

*Heily v. United States Dept of Defense,*
  *et al.,* 896 F. Supp.2d 25 (D.D.C. 2012) ............................................................................ 9, 10

*Hill v. Smoot et al*,
  2018 WL 1542147 (D.D.C. 2018) ............................................................................................ 8

*Jackman v. United States,*
  *et al.*, 604 F. Supp.2d 84 (D.C.C. 2009) .............................................................................. 8, 9

*Jackson v. Donovan,*
  844 F.Supp.2d 74 (D.D.C.2012) .................................................................................. 7

*Jerome Stevens Pharm., Inc. v. Food & Drug Admin.,*
  402 F.3d 1249 (D.C. Cir. 2005) .................................................................................. 6

*Johnson v. Paragon Systems*,
  395 F.Supp.3d 139 (D.D.C. 2018) .............................................................................. 6

*Jordan v. U.S. Attorney's Office*,
  882 F. Supp.2d 81 (D.D.C. 2012) ............................................................................ 11

*Kentucky v. Graham,*
  473 U.S. 159 (1985) ............................................................................................. 7, 8

*Kowal v. MCI Commc'ns Corp.*,
  16 F.3d 1271 (D.C. Cir. 1994) .................................................................................. 7

*Lujan v. Defenders of Wildlife*,
  204 U.S. 555 (1992) .................................................................................................. 5

*Lyles v. Hughes,*
  83 F.Supp.3d 315 (D.D.C. 2015) ..........................................................................8-10

*Nanko Shipping, USA v. Alcoa, Inc.*,
  850 F.3d 461 (D.C. Cir. 2017) .................................................................................. 5

*Nellis v. Gonzales,*
  *et al.*, 2007 WL 1033517 ............................................................................................ 8

*Owens v. Republic of Sudan*,
  531 F.3d 884 (D.C. Cir. 2008) ................................................................................ 11

*Schmidt v. U.S. Capitol Police Bd.*,
  826 F.Supp.2d 59 (D.D.C. 2011) .............................................................................. 6

*Settles v. U.S. Parole Comm'n*,
  429 F.3d 1098 (D.C. Cir. 2005) ................................................................................ 8

*Simpkins v. District of Columbia Government*,
  108 F.3d 366 (D.C. Cir. 1997) ................................................................................ 10

*Stoddard v. Parole Comm'n,*
  900 F.Supp.2d 38 (D.D. C. 2012) ............................................................................... 8

*Stone v. Dep't of,*
  *Treas.,* 859 F. Supp.2d 53 (D.D.C. 2012) .................................................................. 7

*Thomas v. Principi,*
  394 F.3d 970 (D.C. Cir. 2005) .................................................................................. 6

*Transohio Sav. Bank v. Director, Office of Thrift Supervision,*
  967 F.2d 598 (D.C.Cir.1992) .................................................................................... 7

*United States v. Mitchell,*
  463 U.S. 206 (1983) .................................................................................................. 7

*Weixum v. Xilia,*
  568 F. Supp. 2d 35 (D.D.C. 2008) .......................................................................... 12

*West v. Atkins,*
  487 U.S. 42 (1988) .................................................................................................... 8

**Statutes**

28 U.S.C. § 517 ............................................................................................................ 12

42 U.S.C. § 1983 ................................................................................................... 1, 7, 8

D.C. Code 23-1322(a)(1)(A) ........................................................................................ 3

D.C. Code § 23-101(c) ................................................................................................. 4

**Rules**

Fed. R. Civ. P. 12(b)(1) ......................................................................................... 1, 5, 6

Fed. R. Civ. P. 12(b)(6) ............................................................................................ 1, 6

Fed. R. Civ. P. 19 .......................................................................................................... 4

Fed. R. Civ. P. 19(a)(1)(B)(i) ....................................................................................... 5