# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KAYLA DIONNE LEWIS, <u>et al.</u>, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-352 (RBW) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status conference on December 17, 2019, it is hereby

**ORDERED** that the plaintiffs shall file their motion for class certification on or before January 31, 2020.  It is further

**ORDERED** that the defendant shall file its opposition to the plaintiffs' motion for class certification on or before February 28, 2020.  It is further

**ORDERED** that the plaintiffs shall file their reply in support of their motion for class certification on or before March 27, 2020.  It is further

**ORDERED** that the parties shall appear before the Court for a motion hearing on April 2, 2020, at 10:30 a.m.

**SO ORDERED** this 17th day of December, 2019.

REGGIE B. WALTON
United States District Judge