UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAYLA DIONNE LEWIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No: 15-352 (RBW) |

ORDER

Plaintiffs' motion is GRANTED;

[Plaintiffs may conduct the discovery before filing their motion for class action treatment.]

Or

[Plaintiffs to conduct discovery as needed to address issues raised in the District's Opposition to their Motion for Class Action Treatment before replying to the District's Opposition should the District challenge any of the factual predicates in Plaintiffs' motion for class action treatment that the District argued to the Court in the Meet and Confer Report and at the Scheduling Conference Plaintiffs already had sufficient discovery on.]

_____
HON. REGGIE B. WALTON
United States District Court Senior Judge