UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAYLA DIONNE LEWIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA, et al.<br><br>Defendants. | Civil Action No: 15-352 (RBW) |

UNOPPOSED PLAINTIFFS' MOTION FOR extension of time to file certain exhibits

Plaintiffs hereby respectfully move this Court for an extension of time until close of business Monday (2/1/2020) to file certain exhibits described below.

**Consent sought but not obtained.**

Plaintiffs' counsel sought defendant's consent to the relief requested herein pursuant to LCvR 7(m) by email, the usual form of communication, at 1:30 Friday afternoon (1/31/2020), but defendants did not respond.

Plaintiffs received by email dated 1/30/2020 time-stamped 7:41 p.m. DC time some policy statements from the District of Columbia in response to Plaintiffs' document production requests. Plaintiffs need additional time to review them before submitting them as exhibits.

Moreover, Attorney Michael Bruckheim needs an additional business day to finalize his attorney affidavit because of a heavy trial schedule.

Rule 6(b) authorizes, for good cause shown, extensions of time prior to expiration of any time period. Pineda v. Am. Plastics Techs., Inc., 2014 U.S. Dist. LEXIS 67241, *23-24 (S.D. Fla. May 15, 2014). Courts routinely grant such motions in the absence of prejudice to the opposing party, Id., especially where the party in seeking extension has been diligent. Barnes v. D.C., 289

F.R.D. 1, 7 (D.D.C. 2012). District courts have broad discretion whether to grant or deny continuances filed before the deadline. D.A. v. District of Columbia, 2007 U.S. Dist. LEXIS 90640, *14-15 (D.D.C. Dec. 6, 2007).

The motion is supported by good cause because plaintiff has "a valid reason for delay[,]" Mann v. Castiel, 681 F.3d 368, 375 (D.C. Cir. 2012).

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, N.W.
Suite 300
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com