UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAYLA DIONNE LEWIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No: 15-352 (RBW) |

ORDER

Plaintiffs' motion is GRANTED; Plaintiffs have one additional business day until 2/1/2020 to file certain policy statements and Mr. Bruckheim's attorney affidavit.

_____
HON. REGGIE B. WALTON
United States District Court Senior Judge