UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAYLA DIONNE LEWIS, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> THE DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 15-352 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status conference held on September 23, 2020, via teleconference, it is hereby

**ORDERED** that, on or before October 23, 2020, the plaintiffs shall file their renewed motion for class certification. It is further

**ORDERED** that, on or before November 23, 2020, the defendant shall file its opposition to the plaintiffs' motion. It is further

**ORDERED** that, on or before December 23, 2020, the plaintiffs shall a reply in support of their motion. It is further

**ORDERED** that, on January 26, 2021, at 10:00 a.m., the parties shall appear before the Court for a hearing on the plaintiffs' renewed motion for class certification via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 24th day of September, 2020.

REGGIE B. WALTON
United States District Judge