# Exhibit D

**Kayla Lewis** *et. al.*
**v.**
**Government of the District of Columbia**
Civil Action No.: **15-352 (RBW)**

```
         SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
                       CRIMINAL DIVISION


- - - - - - - - - - - - - - - x
                              :
DISTRICT OF COLUMBIA          :  Docket Number: 2012 CTF 006596
                              :
        vs.                   :
                              :
MARY FRANCES JACKSON,         :
                              :
        Defendant.            :
                              :  Tuesday, April 17, 2012
- - - - - - - - - - - - - - - x  Washington, D.C.
```

The above-entitled action came on for a hearing before the Honorable KAREN HOWZE, Associate Judge, in Courtroom Number C-10.

APPEARANCES:

On Behalf of the Government:

UNIDENTIFIED

On Behalf of the Defendant:

RUSSELL J. HAIRSTON, Esquire
Washington, D.C.

21-00197

**Deposition Services, Inc.**
12321 Middlebrook Road, Suite 210
Germantown, MD 20874
Tel: (301) 881-3344  Fax: (301) 881-3338
info@DepositionServices.com  www.DepositionServices.com

PP

```
                  P R O C E E D I N G S
```

THE DEPUTY CLERK: All right, Your Honor, she's before the Court in 2012 CTF 006596, being charged with one count of driving under the influence of liquor or drugs, one count of operating while impaired, one count of possession of an open container of alcohol in a vehicle. You have the right to remain silent. Anything you say other than to your attorney, can be used against you.

MR. HAIRSTON: Good afternoon, Your Honor, Russell Hairston on behalf of Ms. Jackson. Waive formal reading of the information, enter a plea of not guilty, assert her constitutional right in this and any proceedings. Request personal recognizance, and discovery, as well as a speedy trial.

GOVERNMENT ATTORNEY: Your Honor, I'm giving discovery to defense counsel.

THE COURT: All right go ahead.

GOVERNMENT ATTORNEY: Your Honor, the Government is requesting a hold in hit case, however the Gerstein, the copy we have here is not signed. The defendant is on probation for DUI, was just sentenced in October of last year. So, we would ask for a 24-hour period to perfect the Gerstein.

THE COURT: Okay, but you would be asking for

2

PP

```
 1  an A(1)(c) hold?
 2              GOVERNMENT ATTORNEY:  Yes.
 3              THE COURT:  Okay.
 4              THE DEPUTY CLERK:  Can I get the case number
 5  please?
 6              GOVERNMENT ATTORNEY:  Yes, it's 2011 CTF
 7  013300.
 8              MR. HAIRSTON:  Court's indulgence.
 9              THE COURT:  All right, we'll be back tomorrow
10  for a Gerstein perfection.
11              MR. HAIRSTON:  Very well.
12              THE DEPUTY CLERK:  Ma'am, in this matter,
13  you'll be held without bond until tomorrow, Wednesday,
14  April 18th.  You'll come back here to courtroom C-10 for
15  a 24-hour Gerstein perfection.  And Your Honor, she
16  wasn't interviewed by CJ, do you want to certify
17  eligibility?  Ms. Jackson, she wasn't interviewed by CJ.
18              THE COURT:  Yes.
19              (Thereupon, the proceedings were concluded.)
20
21
22
23
24
25
```

3

√ Digitally signed by Pat Purnell

### ELECTRONIC CERTIFICATE

I, Pat Purnell, transcriber, do hereby certify that I have transcribed the proceedings had and the testimony adduced in the case of DC V. Mary Frances Jackson, Case No. 2012 CTF 006596 in said Court, on the 17th day of April 2012.

I further certify that the foregoing 3 pages constitute the official transcript of said proceedings as transcribed from audio recording to the best of my ability.

In witness whereof, I have hereto subscribed my name, this 18th day of February 2021.

*Pat Purnell*

Transcriber

4