UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAYLA DIONNE LEWIS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 15-352 (RBW) |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE

On January 10, 2022, the Court ordered plaintiffs to "file a submission regarding the prejudice that Rollie Montgomery would allegedly suffer if the defendant's partial motion to dismiss were granted as to Montgomery's illegal hold claim" [149]. On January 14, 2022, plaintiffs filed a notice stating that they were "withdraw[ing] any argument based on prejudice made regarding dismissal of Mr. Montgomery's Claim I (overdetention claim)." Pls.' Notice in Response to Court's Order at 1 [150]. Plaintiffs stated further that "Mr. Montgomery relies solely on the arguments made in the Plaintiffs' Opposition." *Id*. In light of plaintiffs' Notice, the District of Columbia has no substantive response to the Court's January 10 Order and maintains the arguments presented at the hearing on January 10, 2022, and in its motion to dismiss, in part, plaintiffs' Fourth Amended Complaint [141; 141-1].

Dated:  January 21, 2022.          Respectfully submitted,

                                                             KARL A. RACINE
                                                             Attorney General for the District of Columbia

                                                             CHAD COPELAND
                                                             Deputy Attorney General
                                                             Civil Litigation Division

*/s/ Fernando Amarillas*
FERNANDO AMARILLAS [974858]
Assistant Deputy Attorney General

*/s/ Richard P. Sobiecki*
RICHARD P. SOBIECKI [500163]
SHANI C. BROWN [1617726]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 805-7512
richard.sobiecki@dc.gov
shani.brown1@dc.gov

*Counsel for Defendant*